# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| STEVE ROBINSON, | : |
|     Plaintiff, | : |
| vs. | :    CIVIL ACTION 16-00176-KD-N |
| LEEPOSEY DANIELS, *et al.*, | : |
|     Defendants. | : |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and no objection having been filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636 (b)(1)(B) is **ADOPTED** as the opinion of this Court.

Accordingly, this action is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B) for lack of subject matter jurisdiction.

DONE this the 7th day of December 2016.

                                                s/ Kristi K. DuBose
                                                **KRISTI K. DuBOSE**
                                                **UNITED STATES DISTRICT JUDGE**